Jennifer Sun (State Bar No. 238942)
jennifersun@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH RAGSDALE, | Case No. 2:19-cv-01928-TLN-KJN |
| Plaintiff, | Hon. Troy L. Nunley |
| v. | **ORDER GRANTING SECOND STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT** |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL., | |
| Defendants. | Complaint filed: September 23, 2019 |

Pursuant to the joint stipulation between Plaintiff Elizabeth Ragsdale ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), the deadline for Experian to answer, object, or otherwise respond to Plaintiff's Complaint, is extended from December 11, 2019, up through and including **January 10, 2020**.

**IT IS SO ORDERED.**

DATED: December 9, 2019

---
Troy L. Nunley
United States District Judge